UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CASE NO. CR05-287-JCC |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | SUMMARY REPORT OF U.S. |
| | ) | MAGISTRATE JUDGE AS TO |
| BRUCE JAMES ARPIN, | ) | ALLEGED VIOLATIONS |
| | ) | OF SUPERVISED RELEASE |
| Defendant. | ) | |
| _____ | ) | |

An initial hearing on supervised release revocation in this case was scheduled before me on November 14, 2007. The United States was represented by AUSA Bruce F. Miyake and the defendant by Nancy Tenney. The proceedings were digitally recorded.

Defendant had been sentenced on or about September 26, 2006 by the Honorable John C. Coughenour on five charges of Bank Robbery and sentenced to 15 months custody, 3 years supervised release. (Dkt. 36.)

The conditions of supervised release included the standard conditions plus the requirements that defendant be required to participate in a substance abuse program with testing, abstain from alcohol, submit to search, participate in mental health treatment, pay restitution in the amount of

SUMMARY REPORT OF U.S. MAGISTRATE JUDGE AS
TO ALLEGED VIOLATIONS OF SUPERVISED RELEASE
PAGE -1

$13,774.00, provide his probation officer with access to financial information, maintain a single checking account for all financial transactions, disclose all assets and liabilities, and be prohibited from obtaining any new credit without permission.

In an application dated November 14, 2007 (Dkt. 37 ), U.S. Probation Officer Tammy M. White alleged the following violation of the conditions of supervised release:

1. Using alcohol, cocaine and heroin on or before November 9 until November 13, 2007 in violation of standard condition number seven.

Defendant was advised in full as to the charge and as to his constitutional rights.

Defendant admitted the alleged violation and waived any evidentiary hearing as to whether it occurred.

I therefore recommend the Court find defendant violated his supervised release as alleged, and that the Court conduct a hearing limited to the issue of disposition. The next hearing will be set before Judge Coughenour.

Pending a final determination by the Court, defendant has been detained.

DATED this 14th day of November, 2007.

Mary Alice Theiler
United States Magistrate Judge

cc:  District Judge:         Honorable John C. Coughenour
     AUSA:                   Bruce F. Miyake
     Defendant's attorney:   Nancy Tenney
     Probation officer:      Tammy M. White

SUMMARY REPORT OF U.S. MAGISTRATE JUDGE AS
TO ALLEGED VIOLATIONS OF SUPERVISED RELEASE
PAGE -2