UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>          Plaintiff,<br><br>     v.<br><br>BRUCE JAMES ARPIN,<br><br>          Defendant. | Case No. CR05-287-JCC<br><br>SUMMARY REPORT OF U.S.<br>MAGISTRATE JUDGE AS TO<br>ALLEGED VIOLATIONS<br>OF SUPERVISED RELEASE |

An initial hearing on a petition for violation of supervised release was held before the undersigned Magistrate Judge on November 3, 2009. The United States was represented by Assistant United States Attorney Bruce F. Miyake, and the defendant by Nancy Tenney.

The defendant had been charged and convicted of Bank Robbery, in violation of 18 U.S.C. § 2113 (a). On or about September 29, 2006, defendant was sentenced by the Honorable John C. Coughenour, to a term of fifteen (15) months in custody, to be followed by three (3) years of supervised release.

The conditions of supervised release included the requirements that the defendant comply with all local, state, and federal laws, and with the standard conditions. Special conditions imposed included, but were not limited to, participation in substance abuse and mental health programs, financial disclosure, $13,774 restitution, submit to search, maintain single checking account, disclose all assets and liabilities and no new lines of credit without prior approval.

In a Petition for Warrant or Summons, dated October 8, 2009, U.S. Probation Officer

Sara K. Moore asserted the following violation by defendant of the conditions of his supervised release:

    (1) Failure to participate in substance abuse treatment by aborting treatment with Seadrunar treatment agency on October 4, 2009, in violation of the special condition requiring the defendant to participate in a program approved by the probation office for treatment of narcotic addiction, drug dependency, or substance abuse.

The defendant was advised of his rights, acknowledged those rights, and admitted to the alleged violation.

I therefore recommend that the Court find the defendant to have violated the terms and conditions of his supervised release as to violation number 1, and that the Court conduct a hearing limited to disposition. A disposition hearing on this violation has been set before the Honorable John C. Coughenour on November 13, 2009 at 9:00 a.m.

Pending a final determination by the Court, the defendant has been detained.

DATED this 3rd day of November, 2009.

*James P. Donohue*
JAMES P. DONOHUE
United States Magistrate Judge

cc:   District Judge:        Honorable John C. Coughenour
      AUSA:                Mr. Bruce F. Miyake
      Defendant's attorney:  Ms. Nancy Tenney
      Probation officer:     Ms. Sara K. Moore